UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 3:00-CR-246(AVC) |
| | : | |
| ANTHONY CHAVIS | : | March 24, 2008 |

NOTICE OF APPEARANCE

_____Please enter the appearance of Henry K. Kopel, Assistant United States Attorney, as counsel for the United States of America in the above-captioned case.

                      Respectfully submitted

                      KEVIN J. O'CONNOR
                      UNITED STATES ATTORNEY


                      /s/_____
                      HENRY K. KOPEL
                      ASSISTANT UNITED STATES ATTORNEY
                      Fed. Bar No. ct24829
                      157 Church Street, 23d Floor
                      New Haven, CT  06510
                      (203) 821-3700

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 24, 2008, I caused a copy of the foregoing to be sent by first-class mail, postage prepaid, to M. Donald Caldwell, Esq., counsel for defendant, and to the U.S. Probation office at the following addresses:

     M. Donald Caldwell
     108 Oak St
     Hartford, CT 06106-1576

     U.S. Probation Office
     157 Church Street, 22d Floor
     New Haven, CT 06510

     /s/
     Assistant U.S. Attorney